AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**BETHSHEAN A. HINES,**

       **Plaintiff,**

                                 **JUDGMENT IN A CIVIL CASE**

**v.**

                                 **CASE NO.   2:13-CV-1043**

**COMMISSIONER OF**                **JUDGE EDMUND A. SARGUS, JR.**
**SOCIAL SECURITY,**               **MAGISTRATE JUDGE MARK R. ABEL**

       **Defendant.**

\_\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

     **Pursuant to the ORDER filed March 6, 2015, JUDGMENT is hereby entered DISMISSING this case.**

Date:  March 6, 2015                             RICHARD E. NAGEL, CLERK


                                                */S/ Andy F. Quisumbing*
                                               (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk